EDWARD HINCKEN, *Executor, Respondent, v.* EDWARD J. JAMES, *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements.

SUSANNAH L. DORLAND, *Appellant, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Respondent.* — Reargument ordered on the authority of *McGuire* v. *Spence* (91 N. Y., 303).

THE PEOPLE OF THE STATE OF NEW YORK *v.* THE EMPIRE MUTUAL INSURANCE COMPANY. — Order modified. so far as to credit the receiver with the sum of $312.90, and affirmed as modified. Opinion by DANIELS, J.

IN THE MATTER OF CHARLES F. HUNTER. — Order vacated and argument ordered.

MARY L. McKENNA, *Appellant, v.* THOMAS BOLGER, *Respondent.* — Reargument denied.

BOLTON HALL *v.* THE UNITED STATES REFLECTOR COMPANY. — Motion for reargument denied, with ten dollars costs.

IN THE MATTER OF ADELAIDE CLEMENT. — Motion for reargument denied.

IN THE MATTER OF ALDIS L. WAITE. — Order reversed, with ten dollars costs and disbursements, and motion directed to be heard at Special Term on its merits.

JAMES McNULTY, *Appellant, v.* JOHN B. SOLLY, *Respondent.* — Order affirmed ; opinion by BRADY, J.

THERON S. ATWATER, *Appellant, v.* THE AMERICAN BAG LOANING COMPANY (LIMITED) and others, *Repondents.* — Order affirmed, with ten dollars costs and disbursements.

JOHN COLLINS, *Appellant, v.* SARAH J. COLLINS, *Respondent.* — Motion granted so far as to allow a further order to be entered certifying the decision of this court to the surrogate, with the award of costs as taxed, and the copies of the papers returned by the surrogate, and vacating the judgment, entered in this court for the recovery of costs, so that the surrogate may proceed to enforce such payment of costs according to the statute, such order to be without prejudice to any proceedings already had in the Surrogate's Court under the probate of the will.

VIOLETTA A. CALKIN, *Respondent, v.* WILLIAM C. CONNER and others, *Appellants.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by DAVIS, P. J.

JOHN BAIRD, *Respondent, v.* THE MAYOR, ETC., OF THE CITY OF NEW YORK, *Appellant.* — Judgment reversed, order of reference vacated, new trial ordered at circuit, costs to abide event. Opinion by DANIELS, J.

ROBERT E. EVEREST, *Appellant, v.* THE HOME GAS-LIGHT COMPANY, *Respondent.* — Order affirmed, with ten dollars costs and disbursements.